UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:

NESTOR ENCISO,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, NESTOR ENCISO, by and through his undersigned attorney, and sues the Defendant, UNITED STATES OF AMERICA ("USA"), based upon the following allegations:

### JURISDICTION, PARTIES, AND VENUE

1. This is an action arising out of the Federal Tort Claims Act, Sections 2671 through 2680 of Title 28 of the United States Code. This Court is vested with jurisdiction pursuant to §1346(b) and §1402(b) of Title 28 of the United States Code.

2. This is an action for damages which exceed the sum of Seventy-Five Thousand Dollars ($75,000.00).

3. Plaintiff, NESTOR ENCISO, has fully complied with the provisions of 28 U.S.C. §2675 of the Federal Tort Claims Act. *Standard Form 95 attached as Exhibit 1.*

4. Plaintiff, NESTOR ENCISO, is and at all times material hereto was a resident of Palm Beach County, Florida.

5. Defendant, UNITED STATES OF AMERICA, though its agency, Royal Palm Beach U.S. Postal Service Office, located 10299 Southern Blvd, Royal Palm Beach, FL 33401, is and at all times material hereto was a resident of Palm Beach County, Florida.

6. Defendant, UNITED STATES OF AMERICA, including its directors, officers, operators, administrators, employees, agents, subcontractors, and staff at the Royal Palm Beach U.S. Postal Service Office, is/are hereinafter collectively referred as "U.S. Postal Service" and/or "United States of America."

7. Venue is proper in the United States District Court for the Southern District of Florida because a substantial part of the events or omissions giving rise to the claim occurred in said district.

## FACTUAL ALLEGATIONS

8. On February 11, 2021, at approximately 12:47 p.m. an employee of the United State Postal Service, Luis Javier DeJesus, acting within the course and scope of his employment with the United State Postal Service was driving an automobile owned by the United State Postal Service.

9. On such date and time, Luis Javier DeJesus, drove said vehicle on or about N Benoist Farms Rd and Okeechobee Blvd in West Palm Beach, Palm Beach County, Florida, and rear-ended Plaintiff, NESTOR ENCISO'S vehicle.

10. As a result of the motor vehicle crash Plaintiff, NESTOR ENCISO, suffered injuries and damages that are permanent and/or continuing in nature.

## COUNT I – NEGLIGENCE AGAINST UNITED STATES OF AMERICA

11. Plaintiff adopts and incorporates by reference the allegations set forth in Paragraphs 1 through 10 above.

12. Defendant, UNITED STATES OF AMERICA, as the owner of the vehicle driven by its permissive user, Luis Javier DeJesus, was responsible for Mr. DeJesus' negligent operation of the vehicle under Florida's dangerous instrumentality doctrine.

13. Luis Javier DeJesus was an employee of the United State Postal Service and his operation of said vehicle was authorized and/or permitted by Defendant, UNITED STATES OF AMERICA, and therefore Defendant, UNITED STATES OF AMERICA, is responsible for Luis Javier DeJesus' negligent operation of the vehicle pursuant to the doctrine of respondeat superior.

14. Pursuant to the doctrine of respondeat superior and Florida's Dangerous Instrumentality doctrine, Defendant, UNITED STATES OF AMERICA, is liable and responsible for the following:

   a. The acts, omissions, and negligence of Luis Javier DeJesus, who was driving the vehicle with Defendant, UNITED STATES OF AMERICA's authorization, permission, and consent;

   b. The motor vehicle crash of February 11, 2021 described herein; and

   c. The injuries, damages and losses set for in the following paragraphs.

15. That as a direct and proximate result of the negligence of the Defendant, UNITED STATES OF AMERICA, the Plaintiff, NESTOR ENCISO, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, lost of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, aggravation of a previously existing condition, loss of earnings, and/or loss of the ability to earn money. The losses are either permanent or continuing and the Plaintiff, NESTOR ENCISO, will suffer the losses in the future.

**PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff, NESTOR ENCISO, demands judgment for damages against the Defendant, UNITED STATES OF AMERICA, and would further demand a trial by jury of all

issues so triable. Specifically, Plaintiff moves this Court to grant judgment against Defendant, UNITED STATES OF AMERICA, as follows:

1. Plaintiff's economic damages including, but not limited to, medical expenses incurred in the past and medical expenses reasonably certain/likely to be incurred in the future;

2. Plaintiff's economic damages including, but not limited to, lost earnings and future loss of earnings/earnings capacity;

3. Non-economic damages to compensate Plaintiff for his pain and suffering in the past and his future pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation of a previously existing condition, and loss of capacity for the enjoyment of life sustained in the past and to be sustained in the future; and

4. Costs and attorneys' fees incurred in this civil action, together with such further and additional relief at law or in equity that this Court may deem proper.

Dated this 29th day of March, 2022.

    SCHULER, HALVORSON, WEISSER,
    ZOELLER, OVERBECK & BAXTER, P.A.
    Attorneys for Plaintiff
    Barristers Building
    1615 Forum Place, Suite 4D
    West Palm Beach, FL 33401
    (561) 689-8180

By: */s/ William D. Zoeller Esq.*
    WILLIAM D. ZOELLER
    Fla. Bar No.: 155233
    wzoeller@shw-law.com
    tcoffey@shw-law.com
    ckincaid@shw-law.com